IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DWAIN MATTHEW BAGBY, #210 151, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 2:16-CV-903-WKW |
| v. | ) ) ) | [WO] |
| WARDEN KARLA JONES and JOHN BAKER, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 6.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED that the Recommendation of the Magistrate Judge (Doc. # 6) is ADOPTED and that Plaintiff's action is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i).

A final judgment will be entered separately.

DONE this 12th day of April, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE